Paul James Toscano, Bar #3280
Paul Toscano, P.C.
Newhouse Building, #614
10 Exchange Place
Salt Lake City, Utah  84111
Telephone:  (801) 359-1313
Facsimile:  (801) 359-1370
ptoscano@expresslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re: <br><br> JULIE KRISTEN ROBERTS <br> 478 East Crystal Spring Drive <br> Draper, UT 84020 <br><br> SS#: xxx-xx-9397 <br> Debtor | Case No.: 09-32697 JAB <br><br> Chapter:  7 <br><br> FILED ELECTRONICALLY |
|---|---|

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 18th day of November, 2009, a true and correct copy of the documents listed below were emailed to Joel T. Marker at the following email address: joel@mbt-law.com

**Documents served:**

- 2008 State and Federal tax returns
- Domestic Support Obligation questionnaire

/S/ Suzan Latshaw
Legal Assistant