Paul James Toscano, Bar #3280
Paul Toscano, P.C.
Newhouse Building, #614
10 Exchange Place
Salt Lake City, Utah  84111
Telephone:  (801) 359-1313
Facsimile:  (801) 359-1370
ptoscano@expresslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re: | Case No.: 09-32697 JAB |
|---|---|
| JULIE KRISTEN ROBERTS<br>478 East Crystal Spring Drive<br>Draper, UT 84020<br><br>SS#: xxx-xx-9397<br>Debtor | Chapter:  7<br><br>FILED ELECTRONICALLY |

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 18th day of November, 2009, a true and correct copy of the documents listed below were emailed to Joel T. Marker at the following email address: joel@mbt-law.com.

**Documents served:**

- Bank statements with Petition date balances

/S/ Suzan Latshaw
Legal Assistant